IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KWAN SOFTWARE ENGINEERING, INC. d/b/a VERIPIC, INC.,

    Plaintiff,

v.

FORAY TECHNOLOGIES, LLC,

    Defendant.

No. C 12-03762 SI

**ORDER DENYING DEFENDANT'S MOTION TO ENLARGE TIME**

    Defendant has moved to enlarge time to file an opposition to plaintiff motion for preliminary injunction. Plaintiff has filed an opposition to defendant's motion to enlarge time. Defendant seeks to enlarge time in order to conduct additional discovery. However, defendant has not shown good cause for its failure to conduct such discovery earlier. Moreover, during the pendency of its motion to enlarge time, defendant filed an opposition to plaintiff's motion for preliminary injunction. Accordingly, defendant's motion to enlarge time is DENIED. This Order resolves Docket No. 39.

    **IT IS SO ORDERED.**

Dated: November 27, 2012

SUSAN ILLSTON
United States District Judge