James S. Greenan (SBN 53648)
Chip Cox (SBN 159681)
GREENAN, PEFFER, SALLANDER & LALLY LLP
6111 Bollinger Canyon Road, Suite 500
San Ramon, California 94583
Telephone: 925-866-1000
Facsimile: 925-830-8787

Attorneys for Defendant
Foray Technologies, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KWAN SOFTWARE ENGINEERING, INC, a California Corporation, dba VERIPIC, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FORAY TECHNOLOGIES, LLC, a Delaware Limited Liability Company, <br><br> Defendant. | Case No.: CV-12-03762 PSG <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR MEDIATION** |

Plaintiff Kwan Software Engineering, Inc., dba Veripic, Inc., ("Veripic") and defendant Foray Technologies, LLC ("Foray") stipulate as follows:

WHEREAS, the Court ordered the parties to complete mediation in this matter by the end of April 2013;

WHEREAS, plaintiff alleges that defendant (1) had access to plaintiff's software, (2) copied, decompiled, disassembled, and/or modified plaintiff's software, and (3) defendant created an unauthorized derivative work based on Veripic's software, which defendant offered for sale and distribution in September 2009;

1     WHEREAS, defendant generally denies these allegations, and more specifically (1) denies that it had access to plaintiff's software, (2) denies that it copied, decompiled, disassembled, and/or modified plaintiff's software, and (3) contends that the software defendant offered for sale and distribution in September 2009 is substantially similar to the software it offered for sale and distribution since before plaintiff began distributing its software;

6     WHEREAS, defendant contends that it requires some understanding of the factual basis for plaintiff's allegations before any meaningful mediation can be held; and

8     WHEREAS, defendant believes it will require an additional 60 to 90 days to obtain discovery from plaintiff, review that information, and conduct further appropriate third-party discovery and investigation necessary for any meaningful mediation;

11 / / /
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

THEREFORE, plaintiff and defendants stipulate and agree that the deadline for the parties to complete mediation should be continued to the end of July 2013.

Dated: January 30, 2013

GREENAN, PEFFER, SALLANDER & LALLY LLP

By: /s/
Chip Cox
Attorneys for Defendant Foray Technologies, LLC

Dated: January 30, 2013

GRELLAS SHAH LLP

By: /s/
Dhaivat Shah
Attorneys for Plaintiff Kwan Software Engineering, Inc., dba Veripic, Inc.

IT IS SO ORDERED

Dated: February 4, 2013

*[signature: Susan Illston]*

SUSAN ILLSTON
United States District Court Judge