James S. Greenan (SBN 53648)
Chip Cox (SBN 159681)
GREENAN, PEFFER, SALLANDER & LALLY LLP
6111 Bollinger Canyon Road, Suite 500
San Ramon, California 94583
Telephone:    925-866-1000
Facsimile:    925-830-8787

Attorneys for Defendant
Foray Technologies, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KWAN SOFTWARE ENGINEERING, INC, a California Corporation, dba VERIPIC, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FORAY TECHNOLOGIES, LLC, a Delaware Limited Liability Company, <br><br> Defendant. | Case No.: CV-12-03762 PSG <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiff Kwan Software Engineering, Inc., dba Veripic, Inc., ("Veripic") and defendant Foray Technologies, LLC ("Foray") stipulate as follows:

WHEREAS, the Court scheduled a Further Case Management Conference in this matter for May 17, 2013;

WHEREAS, the Court had ordered the parties to complete mediation in this matter by the end of April 2013, but by Stipulation and Order extended that deadline to the end of July 2013; and

/ / /

WHEREAS, the parties have scheduled a mediation in this matter on May 20, 2013 with John Bates of JAMS.

THEREFORE, plaintiff and defendants stipulate and agree that it would be beneficial and more efficient to continue and reschedule the Further Case Management Conference for a date after the Mediation, convenient to the Court's calendar. The parties therefore respectfully request that the Court reschedule the Further Case Management Conference.

Dated: May 6, 2013

GREENAN, PEFFER, SALLANDER & LALLY LLP

By: /s/
Chip Cox
Attorneys for Defendant Foray Technologies, LLC

Dated: May 6, 2013

GRELLAS SHAH LLP

By: /s/
Dhaivat Shah
Attorneys for Plaintiff Kwan Software Engineering, Inc., dba Veripic, Inc.

IT IS SO ORDERED

The Case Management Conference scheduled in this matter for May 17, 2013 at 3:00 p.m. is hereby continued to   August 9, 2013 @ 3 p.m.                          .

Dated: May 6, 2013

HONORABLE SUSAN ILLSTON
United States District Court Judge