James S. Greenan (SBN 53648)
Chip Cox (SBN 159681)
GREENAN, PEFFER, SALLANDER & LALLY LLP
6111 Bollinger Canyon Road, Suite 500
San Ramon, California 94583
Telephone:    925-866-1000
Facsimile:    925-830-8787

Attorneys for Defendant
Foray Technologies, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KWAN SOFTWARE ENGINEERING, INC, a California Corporation, dba VERIPIC, INC., <br><br>Plaintiff, <br><br>vs. <br><br>FORAY TECHNOLOGIES, LLC, a Delaware Limited Liability Company, <br><br>Defendant. | Case No.: CV-12-03762 SI <br><br>STIPULATION AND [~~PROPO~~SED] ORDER REGARDING EXPERT WITNESS DISCLOSURE <br><br>CORRECTED VERSION W/JUDGE'S ADDITIONAL ORDER |

Plaintiff Kwan Software Engineering, Inc, dba Veripic Inc., ("Veripic") and defendant Foray Technologies, LLC ("Foray") stipulate and agree as follows:

WHEREAS, the parties have met and conferred on scheduled case deadlines with respect to the exchange of expert witness reports;

WHEREAS, the parties have both retained expert witnesses that require additional time to examine evidence provided in this case and prepare their reports;

WHEREAS, the parties agree that a short continuance of the expert witness report exchange deadline would give their respective experts sufficient time to prepare meaningful

1 | reports that would aid the finder of fact and would promote a fair trial on these issues on the
2 | merits;
3 | WHEREAS, the parties agree that a continuance of the expert witness exchange deadline
4 | would necessitate a corresponding continuance of the dispositive motion filing deadlines so that
5 | the parties would have sufficient time to take expert witness discovery and, if necessary, retain
6 | and prepare rebuttal expert testimony; and
7 | THEREFORE, the parties stipulate and agree, and respectfully request that this Court
8 | Order, that the deadline to designate expert witnesses shall be continued to October 18, 2013;
9 | The parties further stipulate and agree that Rebuttal experts shall be disclosed and expert
10 | discovery completed by November 22, 2013;
11 | The parties further stipulate and agree that the last day to file dispositive motions shall be
12 | continued to November 29, 2013;
13 | The parties further stipulate and agree that any Opposition briefs shall be filed and served
14 | by December 16, 2013;
15 | The parties further stipulate and agree that any Reply shall be filed and served by
16 | December 23, 2013;
17 | The parties further stipulate and agree that the last day to hear dispositive motions shall
18 | be continued to January ~~10~~ 17, 2014, or such later date as set by this Court.
19 | Dated: September 13, 2013

GREENAN, PEFFER, SALLANDER & LALLY LLP

By: ___/S/___
Chip Cox
Attorneys for Defendant Foray Technologies, LLC

IT IS ORDERED that the pretrial filing deadline is 1/28/14. The Pretrial Conference is continued to 2/4/14, at 3:30 p.m. The Jury trial is continued to 2/18/14, at 8:30 a.m.

///
///
///

Greenan,
Peffer,
Sallander &
Lally LLP

1 | Dated: September 13, 2013

2 GRELLAS SHAH LLP

4 By:     /S/ Dhaivat Shah
5     Dhaivat Shah
    David Siegel
6 Attorneys for Plaintiff Kwan Software Engineering, Inc., dba Veripic, Inc.

10 IT IS SO ORDERED

11 Dated: September 16, 2013

        SUSAN ILLSTON
        United States District Judge

Greenan,
Peffer,
Sallander &
Lally LLP