IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KWAN SOFTWARE ENGINEERING, INC.,

    Plaintiff,

v.

FORAY TECHNOLOGIES, LLC,

    Defendant.
                                      /

No. C 12-03762 SI

**SECOND PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

PRETRIAL CONFERENCE DATE: February 25, 2014 at 3:30 PM.

JURY TRIAL DATE: March 10, 2014 at 8:30 AM., Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel shall submit a further litigation schedule.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 11/15/13

SUSAN ILLSTON
United States District Judge