GRELLAS SHAH LLP
GEORGE GRELLAS, ESQ. (SBN 83540)
(gg@grellas.com)
DHAIVAT H. SHAH, ESQ. (SBN 196382)
(ds@grellas.com)
DAVID I. SIEGEL, ESQ. (SBN 264247)
(dsiegel@grellas.com)
20400 Stevens Creek Blvd, Suite 280
Cupertino, CA 95014
Telephone: (408) 255 - 6310
Facsimile: (408) 255 - 6350

Attorneys for Plaintiff
KWAN SOFTWARE ENGINEERING, INC.,
a California corporation, dba VERIPIC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KWAN SOFTWARE ENGINEERING, INC., a California corporation, dba VERIPIC, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FORAY TECHNOLOGIES, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No.: CV-12-03762 SI<br><br>STIPULATION AND [P~~ROPOSED~~] ORDER REGARDING CASE SCHEDULING |

STIPULATION AND [PROPOSED] ORDER REGARDING CASE CALENDAR
CASE NO. CV-12-03762 SI

Plaintiff Kwan Software Engineering, Inc., dba Veripic, Inc., ("Veripic") and defendant Foray Technologies, LLC ("Foray") stipulate as follows:

WHEREAS, on November 14, 2013, the Court issued an Order delaying the trial date in this matter until March 10, 2014;

WHEREAS, the parties have agreed that additional time is needed for depositions and expert discovery, which necessitates a revision of the current pre-trial discovery and dispositive motion schedule;

THEREFORE, the parties respectfully request that the Court issue an Order as follows:

1) The new deposition, expert discovery and dispositive motion schedule is as follows:

   | | |
   |---|---|
   | Last day to file dispositive motions: | December 27 |
   | Expert discovery cut-off/Rebuttal reports | January 10 |
   | Last day for lay witness depositions | January 10 |
   | Last day to file Oppositions: | January 10 |
   | Last day to file Reply: | January 17 |
   | Last day for hearing | ~~January 31~~ February 7, 2014 |

   Pretrial Conference continued to: 3/4/14 @ 3:30 p.m.

2) Other than for depositions, the non-expert fact discovery cut-off is not extended by this Order; and

3) Each party is entitled to take five (5) additional depositions, beyond the ten (10) depositions authorized under Rule 30 of the Federal Rules of Civil Procedure.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: December 4, 2013                /s/ David I. Siegel
                                        David I. Siegel, GRELLAS SHAH LLP,
                                        Attorneys for Plaintiff

DATED: December 4, 2013                /s/ Chip B. Cox
                                        Chip B. Cox, GREENAN, PEFFER, SALLANDER
                                        & LALLY LLP, Attorneys for Defendant

CERTIFICATION OF CONCURRENCE

I, David I. Siegel, attest that Chip Cox has concurred in the filing of this document.

/s/ David I. Siegel
David I. Siegel

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/5/13

Hon. Susan Illston
United States District Judge