IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KWAN SOFTWARE ENGINEERING, INC., a California corporation d/b/a VERIPIC, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FORAY TECHNOLOGIES, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | No. C 12-03762 SI<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF** |

Now before the Court is plaintiff's motion for leave to file a sur-reply brief. Docket No. 137. Plaintiff states that in its reply brief, defendant relied on portions of Franni Segal's deposition testimony. *Id.* Plaintiff argues that it should be allowed to file a sur-reply brief to provide the Court with additional testimony from Ms. Segal's deposition to create a more complete record of her testimony. *Id.* (citing Fed. R. Civ. P. 32(a)(6)). For good cause shown, the Court GRANTS plaintiff's motion for leave to file a sur-reply. Docket No. 137.

**IT IS SO ORDERED.**

Dated: January 29, 2014

_____
SUSAN ILLSTON
United States District Judge