IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KWAN SOFTWARE ENGINEERING, INC., a California corporation, d/b/a VeriPic, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>FORAY TECHNOLOGIES, LLC, a Delaware limited liability company,<br><br>Defendant. | No. C 12-03762 SI<br><br>**JUDGMENT** |

Defendant Foray Technologies, LLC's motion for summary judgment had been granted. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 11, 2014

SUSAN ILLSTON
United States District Judge