IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KWAN SOFTWARE ENGINEERING, INC., a California corporation d/b/a VERIPIC, INC., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>FORAY TECHNOLOGIES, LLC, a Delaware Limited Liability Company, <br><br>　　　　Defendant.　　　　　　　　／ | No. C 12-03762 SI <br><br>**ORDER TO SHOW CAUSE** |

During the course of this litigation, the Court has denied several motions to seal brought by the parties. Docket Nos. 114, 125, 134, 160. Civil Local Rule 79-5(d)(1)(D) allows a party to file under seal an unredacted version of the document(s) sought to be sealed "before the sealing order is obtained." However, under Civil Local Rule 79-5(f)(2), if the motion to seal is denied, the submitting party must publicly file an unredacted version of the document(s) within seven days after the denial. A review of the docket shows that the parties have not publicly filed unredacted versions of the documents they sought to file under seal. The parties have failed to do so even though this requirement was expressly explained to them in the Court's March 3, 2014 Order, and even though that prior order expressly required the parties to publicly file the documents that were previously filed under seal. Docket No. 160. Thus, the parties have failed to comply with both the Court's prior order and the Local Rules.

Accordingly, the Court again ORDERS the parties to publicly file unredacted versions of the documents at issue in the Court's prior orders denying the motions to seal (Docket Nos. 114, 125, 134, 160) within seven days from the date this order is filed.  **If the parties fail to comply with this order, the Court will order that the filings be unsealed.**

**IT IS SO ORDERED.**

Dated: April 18, 2014

SUSAN ILLSTON
United States District Judge